UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SYDNEY NURSE,

                              Plaintiff,

        -against-                         06 Civ. 13500 (LAK)

CONCEPTS IN STAFFING, INC., et ano.,

                            Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On June 12, 2007, I denied defendants' letter application for an extension of the schedule established in February by a Consent Scheduling Order. Undaunted, defendants two days later – ignoring the Court's prohibition on the electronic filing of letters – electronically filed a letter again requesting the same extension that was denied on the 12th. I treat the letter as a motion for reconsideration.

        A motion for reconsideration may raise only matters that the Court overlooked in deciding the original motion. This serves an important purpose. An application for relief is not the beginning of a dialogue with the Court. The applicant is to put its best foot forward, obtain a decision, and then live with it.

        As defendants have offered no basis for supposing that the Court overlooked anything in the original application, the present motion is denied.

        SO ORDERED.

Dated:     June 15, 2007

                                            Lewis A. Kaplan
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
6/15/07