UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SYDNEY NURSE,

                         Plaintiff,


           -against-                                    06 Civ. 13500 (LAK)


CONCEPTS IN STAFFING, INC., et ano.,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                              **ORDER**


LEWIS A. KAPLAN, *District Judge.*

           Defendants' motion for summary judgment dismissing the complaint is denied.  In
view of the abundance of material disputed facts, no purpose would be served by a more elaborate
writing.

           SO ORDERED.

Dated:        October 24, 2007


                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07