UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SYDNEY NURSE,

                Plaintiff,

    -against-                                  06 Civ. 13500 (LAK)

CONCEPTS IN STAFFING, INC., et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for reconsideration (DI 53) is denied.

        SO ORDERED.

Dated:      November 8, 2007

                                                      _____
                                                         Lewis A. Kaplan
                                                    United States District Judge