

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SYDNEY NURSE,

                          Plaintiff,

- against -

CONCEPTS IN STAFFING, INC., ARTHUR
ABRAMS in his individual and official capacities,

                         Defendants.
-----------------------------------------------------------X

Case No. 06 CV 13500 (LAK)

**JOINT STIPULATION AND ORDER TO VACATE THE JANUARY 8, 2008** ~~ORDER~~ JUDGMENT

It is hereby stipulated by and between counsel for the parties that the Final Judgment in this matter entered on January 8, 2008 should be and the same hereby is VACATED because the parties have agreed to forego the post-trial motion and appeals process and settle this case and all matters between them without admission of liability.

It is further stipulated and ORDERED that this case is hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorney's fees. This Court will retain jurisdiction over any disputes or issues arising out of or relating to the settlement of this matter.

Dated: New York, New York
        February 29, 2008

                                                       Respectfully submitted,

| | |
|---|---|
| Kathryn J. Webber | Diane Krebs |
| THOMPSON WIGDOR & GILLY LLP | GORDON & REES, LLP |
| 350 Fifth Avenue, Suite 5720 | 90 Broad Street, 23rd Floor |
| New York, NY 10118 | New York, NY 10004 |
| (212) 239-9292 | (212) 269-5500 |
| Attorneys for Plaintiff Sydney Nurse | Attorneys for Defendants Concepts In Staffing, Inc and Arthur Abrams |

SO ORDERED:

Dated: New York, New York
        March 17, 2008

Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08